

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00064-CV

———————————————

SIMONE BARRON AND WAHID J. YAMMINE AND WALID YAMMINE,
Appellants

V.

ISSAM AL SHMAISANI AND SHARON SMITH, Appellees

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-264569-13

Before Pittman, Birdwell and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

We have considered appellant Wahid J. Yammine's "Notice of Withdrawal of Notice of Appeal," which we treat as a motion to dismiss his appeal. We grant the motion and dismiss the appeal of Wahid J. Yammine only. *See* Tex. R. App. P. 42.1(a)(1), (b), 43.2(f).

The case shall hereafter be styled "Simone Barron and Walid Yammine v. Issam Al Shmaisani and Sharon Smith."

Wahid J. Yammine shall pay all costs of his appeal, for which let execution issue. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: June 20, 2019

2